The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Dev Time Entry Wage | 80.00 | 14.98 | 1198.41 | 3838.64 | Federal Tax | 204.72 | 618.43 |
| Dev Straight OT | 62.75 | 14.98 | 940.00 | 2614.03 | Social Security | 161.72 | 495.96 |
| Prior Pay Adj TEW | | | 0.00 | 239.68 | Medicare | 37.82 | 115.99 |
| Dev Premium OT | 62.75 | 7.49 | 470.02 | 1307.06 | NJ State Tax | 95.65 | 266.96 |
| | | | | | NJ Disability | 4.44 | 13.60 |
| | | | | | NJ Family Leave | 2.09 | 6.40 |
| | | | | | NJ Unemployment | 11.09 | 34.00 |
| | | | | | Philadelphia | 100.98 | 309.68 |

| Employee Name | Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| April L. Anderson | | 08/18/2019 | 08/31/2019 | 09/06/2019 | |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2608.43 | 7999.41 | 0.00 | 0.00 | 618.71 | 1861.02 | 0.00 | 0.00 | 1989.72 | 6118.39 |

| DEV Pension Cont CTD | DEV Pension Cont YTD | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 13.61 | 0.00 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 881246611 | C | XXXXXX5015 | 1,989.72 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 5 | 0 |

**Message(s)**
Please remember to use any TOB Carryover Balance by September 14, 2019

The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Dev Time Entry Wage | 80.00 | 15.48 | 1238.40 | 5077.04 | Federal Tax | 197.76 | 926.19 |
| Dev Straight OT | 53.50 | 16.94 | 906.15 | 3520.18 | Social Security | 159.76 | 686.72 |
| Bonus | | | 0.00 | 500.00 | Medicare | 37.36 | 160.60 |
| Prior Pay Adj TEW | | | 0.00 | 239.66 | NJ State Tax | 93.81 | 413.36 |
| Dev Premium OT | 53.50 | 8.08 | 432.24 | 1739.30 | NJ Disability | 4.38 | 18.63 |
| | | | | | NJ Family Leave | 2.06 | 8.66 |
| | | | | | NJ Unemployment | 10.95 | 47.07 |
| | | | | | Philadelphia | 99.75 | 428.79 |

| Employee Name | Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| April L. Anderson | | 09/01/2019 | 09/14/2019 | 09/20/2019 | |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2576.79 | 11076.20 | 0.00 | 0.00 | 605.93 | 2690.44 | 0.00 | 0.00 | 1970.86 | 8385.76 |

| DEV Pension Contr CTD | DEV Pension Contr YTD | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 17.61 | 0.00 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 863473247 | C | XXXXXX5015 | 1,970.86 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 5 | 0 |

Message(s):
Please remember to use any TOB Carryover Balance by September 14, 2019

The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| 022 Shift Diff | 71.42 | 0.50 | 35.72 | 35.72 | Federal Tax | 213.45 | 1139.64 |
| Dev Time Entry Wage | 80.00 | 15.48 | 1238.40 | 6315.44 | Social Security | 164.19 | 650.91 |
| Dev Straight OT | 44.75 | 15.48 | 692.73 | 4212.91 | Medicare | 38.40 | 199.00 |
| Bonus | | | 0.00 | 500.00 | NJ State Tax | 98.27 | 511.65 |
| Prior Pay Adj TEW | | | 0.00 | 239.68 | NJ Disability | 4.50 | 23.33 |
| Prior Pay Adj Overtime | 14.50 | 14.98 | 217.21 | 217.21 | NJ Family Leave | 2.12 | 10.98 |
| Prior Pay Adj Shift Diff | | | 10.75 | 10.75 | NJ Unemployment | 11.25 | 58.32 |
| Prior Pay Adj Prem | | | 100.47 | 100.47 | Philadelphia | 102.51 | 531.30 |
| Dev Premium OT | 44.75 | 7.88 | 352.85 | 2092.15 | | | |

| Employee Name | | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|---|
| April L. Anderson | | | 09/15/2019 | 09/28/2019 | 10/04/2019 | 124.75 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2648.13 | 13724.33 | 0.00 | 0.00 | 634.69 | 3325.13 | 0.00 | 0.00 | 2013.44 | 10399.20 |

| DEV Pension Cont CTD | DEV Pension Cont YTD | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 21.61 | 0.00 | |

**Net Pay Distribution**

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 865702579 | C | XXXXXX5016 | 2,013.44 |

**Filing Status**

| Federal | Single | Exemptions | Additional W/H |
|---|---|---|---|
| | | 5 | 0 |

**Message(s)**
Please remember to use any TOB Carryover Balance by September 14, 2019

The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Description | Earnings Hours | Rate | Amount | YTD | Deductions Description | Amount | YTD |
|---|---|---|---|---|---|---|---|
| 022 Shift Diff | 71.40 | 0.50 | 35.70 | 71.42 | Federal Tax | 204.87 | 1344.31 |
| Dev Time Entry Wage | 80.00 | 15.48 | 1238.40 | 7553.84 | Social Security | 161.71 | 1012.62 |
| Dev Straight OT | 43.50 | 15.48 | 673.38 | 4866.28 | Medicare | 37.82 | 236.82 |
| Bonus | | | 0.00 | 500.00 | NJ State Tax | 95.83 | 607.45 |
| Prior Pay Adj TEW | | | 0.00 | 239.68 | NJ Disability | 4.44 | 27.77 |
| Prior Pay Adj Overtime | 10.00 | 15.48 | 154.80 | 372.01 | NJ Family Leave | 2.09 | 13.07 |
| Prior Pay Adj Shift Diff | | | 0.00 | 10.75 | NJ Unemployment | 11.09 | 69.41 |
| Prior Pay Adj Prem | | | 74.90 | 175.37 | Philadelphia | 100.97 | 632.27 |
| Dev Premium OT | 43.50 | 9.91 | 431.01 | 2523.16 | | | |

| Employee Name | | Employee Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|---|
| April L. Anderson | | | 09/29/2019 | 10/12/2019 | 10/18/2019 | 123.50 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2608.19 | 16332.52 | 0.00 | 0.00 | 618.62 | 3943.75 | 0.00 | 0.00 | 1989.57 | 12388.77 |

| DEV Pension Cont. CTD | DEV Pension Cont. YTD | HML Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 25.61 | 7.38 | |

Net Pay Distribution

| Deposit/Check Number | Account Type | Account Number | Amount |
|---|---|---|---|
| 868089700 | C | XXXXXX5015 | 1,989.57 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 5 | 0 |

Message(s)

The Devereux Foundation
2012 Renaissance Boulevard
King of Prussia PA 19406

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| GTL | | | 1.04 | 1.04 | Federal Tax | 231.04 | 1685.35 |
| 022 Shift Diff | 21.21 | 0.50 | 10.61 | 82.03 | Social Security | 169.20 | 1212.82 |
| Dev Time Entry Wage | 80.00 | 15.48 | 1238.40 | 8792.24 | Medicare | 39.57 | 283.64 |
| Dev Straight OT | 66.00 | 15.48 | 1021.68 | 5907.97 | NJ State Tax | 106.55 | 746.54 |
| Bonus | | | 0.00 | 1000.00 | NJ Family Leave | 2.22 | 15.69 |
| Prior Pay Adj TEW | | | 0.00 | 239.66 | Philadelphia | 107.77 | 759.40 |
| Prior Pay Adj Overtime | | | 0.00 | 372.01 | NJ Unemployment | 11.84 | 83.37 |
| Prior Pay Adj Shift Diff | | | 0.00 | 10.75 | NJ Disability | 4.73 | 33.35 |
| Prior Pay Adj Prem | | | 0.00 | 175.37 | Medical Ins | 45.23 | 45.23 |
| Dev Premium OT | 66.00 | 7.78 | 513.23 | 3036.39 | Dental Ins | 10.62 | 10.62 |
| | | | | | Vol Accident Ins | 4.21 | 4.21 |
| | | | | | Vol Life Ins | 5.25 | 5.25 |

| Employee Name | Number | Period Begin Date | Period End Date | Check Date | Hours Worked |
|---|---|---|---|---|---|
| April L. Anderson | | 10/13/2019 | 10/26/2019 | 11/01/2019 | 146.00 |

| Gross Wages | | Pre-Tax Deductions | | Tax Deductions | | Other Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Current | YTD | Current | YTD | Current | YTD | Current | YTD | Current | YTD |
| 2784.86 | 19517.46 | 55.85 | 55.85 | 672.82 | 4820.16 | 9.46 | 9.46 | 2045.69 | 14730.97 |

| DEV Pension Conts CTD | DEV Pension Conts YTD | HMS Balance | TOB Balance | TOB Carryover Balance |
|---|---|---|---|---|
| | | 29.61 | 14.76 | |

| Net Pay Distribution | | | |
|---|---|---|---|
| Deposit/Check Number | Account Type | Account Number | Amount |
| 870434784 | C | XXXXXX5015 | 2,045.69 |

| Filing Status | | Exemptions | Additional W/H |
|---|---|---|---|
| Federal | Single | 5 | 0 |

Message(s)