# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-16929-AMC

APRIL L. ANDERSON

349 VAN KIRK STREET

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

APRIL L. ANDERSON

349 VAN KIRK STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Date: 1/14/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee