**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: APRIL ANDERSON,<br>　　　　　Debtor(s). | Case No. 19-16929AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

**Date: June 4, 2020**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE