United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-16929-amc
April L. Anderson                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR          Page 1 of 1          Date Rcvd: Jun 04, 2020
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db             +April L. Anderson,    349 Van Kirk Street,    Philadelphia, PA 19120-1134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
       MICHAEL A. CATALDO2    on behalf of Debtor April L. Anderson ecf@ccpclaw.com,
        igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Debtor April L. Anderson ecf@ccpclaw.com,
        igotnotices@ccpclaw.com
       REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
        bkgroup@kmllawgroup.com
       REBECCA ANN SOLARZ    on behalf of Creditor   MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: APRIL ANDERSON,<br><br>                    Debtor(s). | Case No. 19-16929AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

      **AND NOW**, this _____ day of _____, 2020, upon consideration of the Application for Compensation, it is

      **ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

*[signature]*

**Date: June 4, 2020**

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE