## IN THE UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

APRIL L. ANDERSON
DEBTOR

)
)
)
)
)
)

CHAPTER 13

NO. 19-16929-MDC

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MTGLQ Investors, L.P. and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 10th day of August 2020.

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 10th day of August 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 19-16929-MDC)**

DEBTOR
APRIL L. ANDERSON
349 VAN KIRK STREET
PHILADELPHIA, PA 19120

ATTORNEYS FOR DEBTORS
MICHAEL A. CATALDO
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

MICHAEL A. CIBIK
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

TRUSTEE
WILLIAM C MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106