**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| APRIL L. ANDERSON ) | CHAPTER 13 |
| DEBTOR ) | |
| ) | |
| MTGLQ INVESTORS, L.P.. ) | |
| ) | NO. 19-16929-MDC |
| VS. ) | |
| ) | |
| APRIL L. ANDERSON ) | 11 U.S.C. Section 362 |
| DEBTOR ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| TRUSTEE ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    MTGLQ Investors, L.P.. has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the court to grant the relief sought in the motion, then on or before ___9/2/2020___ you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to Movant's attorney:

        Joshua I. Goldman, Esq.
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, the United States Bankruptcy Judge, in Courtroom 2 at the United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA

19107-4299 on <u>9/15/2020</u>, at <u>10:30AM</u>, or as soon thereafter as counsel can be heard, to consider the motion.

      4.     You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

      5.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

August 19th, 2020