**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :        CHAPTER 13

April L. Anderson
    DEBTOR                           :        BKY. NO.  19-16929MDC13

**PROPOSED ORDER**

AND NOW, this   5th   day of   March   2021, upon consideration of Debtor's Third Amended Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *modified plan* filed February 4, 2021 as document number 77 is approved.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. BANKRUPTCY JUDGE