## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   APRIL T. ANDERSON          :          Chapter 13

DEBTOR                              :          Bankruptcy No. 19-16929MDC13

## ORDER

    AND NOW, this    24th    day of    March    2021 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

    It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$750.00** is **ALLOWED** to Cibik & Cataldo.  The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extend provided in the confirmed plan.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge