United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16929-mdc |
| April L. Anderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID        Recipient Name and Address**
db             + April L. Anderson, 349 Van Kirk Street, Philadelphia, PA 19120-1134

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

**Name**                **Email Address**

JOSHUA I. GOLDMAN
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper Josh.Goldman@padgettlawgroup.com
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

JOSHUA I. GOLDMAN
on behalf of Creditor MTGLQ Investors  L.P. Josh.Goldman@padgettlawgroup.com,
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

MICHAEL A. CATALDO2
on behalf of Debtor April L. Anderson ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
on behalf of Debtor April L. Anderson ecf@ccpclaw.com  igotnotices@ccpclaw.com

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor MTGLQ Investors L.P. bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   APRIL T. ANDERSON         :       Chapter 13

DEBTOR                              :       Bankruptcy No. 19-16929MDC13

**ORDER**

AND NOW, this   24th   day of   March   2021 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$750.00** is **ALLOWED** to Cibik & Cataldo. The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extend provided in the confirmed plan.

By the Court:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge