### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-16929-mdc |
| | : | |
| April L. Anderson, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the parties listed below by first class mail or through the CM/ECF system.

| | | |
|---|---|---|
| United States Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | MTGLQ Investors, L.P.<br>josh.goldman@padgettlawgroup.com | City of Philadelphia Law Department<br>Bankruptcy Group<br>1401 John F. Kennedy Blvd. 5th Flr<br>Philadelphia, PA 19102 |
| Kenneth E. West<br>ecfemails@ph13trustee.com | | |

I further certify that on this date, notice of the Debtor's Motion to Modify Chapter 13 Plan was served on the parties listed below by first class mail.

| | | |
|---|---|---|
| Philadelphia Gas Works<br>800 W Montgomery Avenue<br>Philadelphia Pa,19122 | Philadelphia Parking Authority<br>Bankruptcy Department<br>701 Market Street<br>Philadelphia, PA 19106 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | |

Dated: March 1, 2022

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com