## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :          CHAPTER 13

April L. Anderson

    DEBTOR                                    :    BKY. NO.  19-16929MDC13

### ORDER

AND NOW, this   31st   day of   March   2022, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted, and the *Modified Plan* filed as document number 91-1 is approved.

By the Court:

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE